UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| AMAZING GRACE LUTHERAN CHRUCH OF LAS VEGAS,<br><br>Plaintiff,<br><br>v.<br><br>GERGORY R. OLSON and WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No. 2:13-CV-01621-APG-CWH<br><br>ORDER |

The parties were directed to file a joint status report on or before July 15, 2014. (Dkt. #20.) To date, no report has been filed.

IT IS THEREFORE ORDERED that the parties shall file a joint status report on or before September 19, 2014.

DATED this 9th day of September, 2014.

_____
**ANDREW P. GORDON**
**UNITED STATES DISTRICT JUDGE**