UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AMAZING GRACE LUTHERAN CHURCH OF LAS VEGAS, a domestic non-profit corporation, f/k/a AMAZING GRACE LUTHERAN CHURCH, INC.<br><br>Plaintiff,<br><br>v.<br><br>GREGORY R. OLSON, an individual; WELLS FARGO BANK, N.A., a National Association; DOES I-X, and ROE CORPORATIONS I-X, inclusive;<br><br>Defendants. | CASE NO.: 2:13-cv-01621-APG-CWH<br><br>**DEFAULT JUDGMENT**<br><br>(Dkt. #29) |

Defendant Gregory Olson failed to appear, plead, or otherwise defend in this action. Olson's Default was entered on October 16, 2014. (Dkt. #27.) On August 21, 2015, plaintiff Amazing Grace Lutheran Church of Las Vegas moved for entry of Default Judgment against Olson. (Dkt. #29.) I conducted an evidentiary hearing on October 6, 2015, at which the church proved its monetary damages. The church also proved by clear and convincing evidence that Olson engaged in oppression, fraud, or malice, express or implied. Thus, I find that punitive damages are justified under NRS §42.005 in addition to compensatory damages. Therefore,

JUDGMENT IS HEREBY ENTERED in favor of plaintiff AMAZING GRACE LUTHERAN CHURCH OF LAS VEGAS f/k/a AMAZING GRACE LUTHERAN CHURCH, INC. against defendant Gregory Olson, as follows:

1. Actual Damages in the amount of $ 1,623,724.88;

2. Punitive Damages under NRS §42.005 in the amount of $4,871,172.00;

3. Prejudgment interest in the amount of $272,560.19 as allowed under NRS

§17.130 and NRS §99.040(1) and calculated in accordance with the prime interest rate as provided by the Nevada Commissioner of Financial Institutions;

    4.    Costs in the Amount of $ 285.10;

    5.    Interest on the judgment at the legal rate until the judgment is satisfied.

DATED this 19th day of October 2015.

_____
UNITED STATES DISTRICT COURT JUDGE
DISTRICT OF NEVADA