UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AMAZING GRACE LUTHERAN CHURCH OF LAS VEGAS, a domestic non-profit corporation, f/k/a AMAZING GRACE LUTHERAN CHURCH, INC.<br><br>Plaintiff,<br><br>v.<br><br>GREGORY R. OLSON, an individual; WELLS FARGO BANK, N.A., a National Association; DOES I-X, and ROE CORPORATIONS I-X, inclusive;<br><br>Defendants. | CASE NO.:  2:13-cv-01621-APG-CWH<br><br>**ORDER FOR STATUS REPORT** |

Defendant Wells Fargo Bank, N.A. and plaintiff Amazing Grace Lutheran Church of Las Vegas reported in their September 19, 2014 Joint Status Report that they would pursue mediation (and arbitration if necessary). (Dkt. #22).  Since then, the parties have filed no further status reports.

IT IS THEREFORE ORDERED that the parties shall file a joint status report on or before December 11, 2015.

DATED this 25th day of November, 2015.

_____
Andrew P. Gordon
UNITED STATES DISTRICT COURT JUDGE